UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY M. DE VRIES,<br><br>    Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 17-cv-07019-RS (PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION** |

This action was opened in error. The Clerk shall ADMINISTRATIVELY CLOSE this action and terminate Dkt. No. 1. No filing fee is due.

**IT IS SO ORDERED.**

**Dated:** January  3 , 2018

_____
RICHARD SEEBORG
United States District Judge